

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**

**FORT WORTH**

## NO. 02-15-00296-CV

IN RE REGINA NACHAEL HOWELL FOSTER            RELATOR

------------

## ORIGINAL PROCEEDING
## TRIAL COURT NO. 322-518571-12

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's "Petition for Emergency Writ of Prohibition and Writ of Mandamus" and "Emergency Motion for Stay" and is of the opinion that relief should be denied. Accordingly, relator's "Petition for Emergency Writ of Prohibition and Writ of Mandamus" and "Emergency Motion for Stay" are denied.

PER CURIAM

PANEL: DAUPHINOT, WALKER, and GABRIEL, JJ.

DELIVERED: September 21, 2015

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).